# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| FAYE REIMERS | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-900 |
| | § | |
| SANTE CENTER FOR HEALING | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion to Dismiss with Prejudice (Dkt. #27). No counterclaims have been asserted against Plaintiff; thus, the Court concludes that Defendant would not suffer prejudice from this action's dismissal.

The Court therefore **GRANTS** the motion.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that all claims asserted by Plaintiff in this suit are hereby dismissed with prejudice.

It is further **ORDERED** that all attorneys' fees, costs of court, and expenses are to be borne by the party or parties incurring same.

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 17th day of December, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE